**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2101**

KOUROUSH CYRUS SANY; SECURITY SYSTEM SOLUTIONS, INCORPORATED,

          Plaintiffs – Appellants,

     v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,

          Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:08-cv-00653-GBL-JFA)

Submitted:  May 1, 2009                Decided:  May 18, 2009

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Martin M. Mooradian, Annandale, Virginia; Carlos M. Sandoval, SANDOVAL & KENG, PLLC, Waldorf, Maryland; Robert Norman Levin, THE LAW OFFICES OF ROBERT N. LEVIN, PC, Rockville, Maryland, for Appellants.  Joseph M. Potenza, Bradley C. Wright, BANNER & WITCOFF, LTD., Washington, D.C.; Christopher J. Renk, Michael Harris, BANNER & WITCOFF, LTD., Chicago, Illinois; Robert R. Sparks, Jr., SPARKS & CRAIG, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order compelling arbitration and staying the proceedings as to Appellant Kouroush Cyrus Sany. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED